■ WINIFRED B. PORTER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32386.) — Same decision and like cause of action as in companion case of *Porter* v. *State of New York* (6 A D 2d 855).

■ In the Matter of VINCENT GALBO, Petitioner, against BOARD OF EDUCATION OF MOUNT MORRIS CENTRAL SCHOOL DISTRICT No. 1, Respondent.— Determination confirmed, without costs. All concur. (Review of the action of respondent and to compel the reinstatement of petitioner as a teacher, which proceeding was transferred to the Appellate Division for determination by order of Monroe Special Term.) Present — Kimball, J. P., Williams, Bastow and Halpern, JJ.

■ In the Matter of ELIAS MAROONE, Petitioner, against ZONING BOARD OF APPEALS OF THE CITY OF BUFFALO et al., Respondents.— Determination confirmed, with $50 costs and disbursements. All concur. (Review of a determination of the Zoning Board of Appeals of Buffalo which granted a permit for the enlargement of a supermarket, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID P. MASSE, Appellant.— Judgment affirmed. All concur. (Appeal from a judgment of Erie County Court adjudging defendant to be a youthful offender.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SPRY, Appellant.— Judgment of resentence entered November 20, 1957, affirmed. All concur. (Appeal from a judgment of resentence of Genesee County Court.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ LITTNER A. SODERSTROM, Appellant, v. SPIRO FORD et al., Respondents. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Chautauqua Special Term vacating a previous order, and denying on the merits plaintiff's motion to restore the action to the Supreme Court Calendar.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ LITTNER A. SODERSTROM, Appellant, v. SPIRO FORD et al., Respondents. — Appeal dismissed, without costs, as academic. All concur. (Appeal from order of Chautauqua Special Term denying plaintiff's motion for an order restoring the action to the Equity Trial Calendar.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ ADRIAN J. WESTBROCK, Respondent, v. MABELLE ROBB, Appellant, et al., Defendant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal by defendant Robb from an order of Erie Special Term granting plaintiff's motion for leave to serve an amended complaint upon said defendant and granting to plaintiff leave to examine her before trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.